1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561

6  Attorney for Defendant
   JESUS ARAIZA-SALAZAR

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNIGATED STATES OF AMERICA,   )  NO. 1:10-cr-0053 OWW
                                 )
13              *Plaintiff,*     )  STIPULATION TO CONTINUE STATUS
                                 )  CONFERENCE  HEARING; ORDER
14         v.                    )
                                 )  Date:  August 23, 2010
15 JESUS ARAIZA-SALAZAR,         )  Time:  9:00 a.m.
                                 )  Judge: Hon. Oliver W. Wanger
16              *Defendant.*     )
                                 )
17 _____)

18   **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19 Assistant United States Attorney Susan Phan, Counsel for Plaintiff, and Assistant Federal Defender

20 Victor M. Chavez, Counsel for Defendant Jesus Araiza-Salazar, that the hearing currently set for August

21 2, 2010, **may be rescheduled to August 23, 2010 at 9:00 a.m.**

22   The reason for this continuance is that the parties are awaiting the preparation of the Pre-sentence

23 Report and shortly thereafter a plea offer.   The requested continuance will conserve time and resources for

24 both counsel and the court.

25 ///

26 ///

27 ///

28 ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(I) and (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated: July 29, 2010        /s/ Susan Phan
SUSAN PHAN
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

Dated: July 29, 2010        /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
Jesus Araiza-Salazar

IT IS SO ORDERED.

**Dated:   July 29, 2010**         /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE